IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02420-LTB-BNB

JAMES SABATINO,

Applicant,

v.

BLAKE DAVIS, Warden, USP Florence Max, ADX

Respondent.

_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Emergency Motion for Summary Judgment to Grant Petition** [docket no. 17, filed January 25, 2010] and **Motion to Withdraw Previous Motion for Summary Judgment** [docket no. 18, filed January 28, 2010] (the "Motions").

IT IS ORDERED that the **Motion to Withdraw Previous Motion for Summary Judgment** (docket no. 18) is GRANTED.

IT IS FURTHER ORDERED that the **Emergency Motion for Summary Judgment to Grant Petition** (docket no. 17) is DENIED AS WITHDRAWN.


DATED:  January 29, 2010