IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-02420-LTB-BNB

JAMES SABATINO,

Applicant,

v.

BLAKE DAVIS, Warden, USP Florence Max, ADX

Respondent.
_____

# ORDER
_____

This matter arises on the petitioner's **Motion to Depose Witness** [Doc. #12, filed 12/21/2009] (the "Motion"). The Motion is DENIED.

The petitioner has filed an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 [Doc. #3] (the "Application"). The petitioner seeks leave to depose Dr. Maria Patterson, Chief Psychologist at the United States Penitentiary in Marion, Illinois. The petitioner states that "Dr. Patterson's testimony is crucial to the court's understanding of how the petitioner's rights were violated." *Motion*, p. 2. The petitioner submits 12 questions for Dr. Patterson.

Habeas petitioners have no automatic right to discovery. Bracy v. Gramley, 520 U.S. 899, 904 (1997). Rather, "[a] judge may, for good cause shown, authorize [a habeas petitioner] to conduct discovery under the Federal Rules of Civil Procedure . . . ." Habeas Corpus, Rule 6(a) and Rule 1(b).

The Application raises the issue of whether the petitioner was denied due process during prison disciplinary proceedings. The discovery sought by the petitioner does not bear on that issue.

IT IS ORDERED that the Motion is DENIED.

Dated February 23, 2010.

                                               BY THE COURT:

                                               s/ Boyd N. Boland
                                               United States Magistrate Judge