IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 09-cv-02420-LTB-BNB

JAMES SABATINO,

    Applicant,

v.

WARDEN BLAKE DAVIS, ADX,

    Respondent.

## ORDER

This case is before me on the Recommendation of the Magistrate Judge that the Order to Show Cause (Doc 11) why the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (Doc 3) should be discharged and the application denied. The Recommendation was issued and served on February 23, 2010. Applicant has filed timely written objections to the Recommendation. I have therefore reviewed the Recommendation *de novo* in light of the file and record in this case. On *de novo* review, I conclude that the Recommendation is correct. Accordingly

IT IS ORDERED that the Order to Show Cause (Doc 11) why the Application for a Write of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (Doc 3) is discharged and the Application is DENIED.

                                              BY THE COURT:

                                              s/Lewis T. Babcock
                                              Lewis T. Babcock, Judge

DATED: March 15, 2010